**FILED**
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2234-DMS |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| MOISES LARA-IBARRA, | |
| Defendant. | |

The United States Attorney charges:

On or about June 7, 2008, within the Southern District of California, defendant MOISES LARA-IBARRA, did knowingly and intentionally import approximately 21.88 kilograms (48.33 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 3, 2008.

KAREN P. HEWITT
United States Attorney

CALEB MASON
Assistant U.S. Attorney

CEM:mg:Imperial
7/3/08